UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Humberto Ortega,

          Plaintiff,

v.

Triple-S Management Corporation,
et al.,

          Defendants.
------------------------------------------------------------x
Edwin Gaud,

          Plaintiff,

v.

Triple-S Management Corporation,
et al.,

          Defendants.
------------------------------------------------------------x

21-cv-8392 (LAK)

21-cv-09312(LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The Court rescinds the orders of reference in both 21-CV-8392-LAK (DI 6), and in 21-CV-9312-LAK (DI 4).

      SO ORDERED.

DATED:     December 9, 2021

                                            Lewis A. Kaplan
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-9-21